AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Willie Earl Jackson | ) ) ) ) ) ) ) )<br>Case No. 1:23mj9155 |
| *Defendant(s)* | |

**FILED**
1:25 pm Aug 09 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 1 through August 10, 2023  in the county of  Cuyahoga  in the  Northern  District of  Ohio, Eastern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(1)(a) | Engaged in the Business of Dealing Firearms without a License |
| 18 USC 922(a)(6) | False Statement in the Acquisition of a Firearm |
| 18 USC 933 | Trafficking in Firearms |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Special Agent Stephen McGrath
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: August 9, 2023 at 1:07 p.m.

_____
*Judge's signature*

City and state:  Cleveland, Ohio

Magistrate Judge Jennifer Dowdell Armstrong
*Printed name and title*