UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO. 1:23CR460 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Willie Earl Jackson, ) | |
| ) | |
| Defendants ) | |
| ) | |

Order directing the attached 2 letters be placed under-seal. After the sentencing hearing concluded on 4/9/24, the Court Security Officer discovered the letters laying on a bench in the public section of the courtroom.

IT IS SO ORDERED.

 April 24, 2024                      /s/ John R. Adams
Date                                 John R. Adams
                                     U.S. District Judge